# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| STEPHANIE THOMAS, | ) |
| Plaintiff. | ) Case No.: |
| v. | ) 3:18-CV-02013-JJH |
| SANTANDER CONSUMER, USA, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: April 25, 2019

By: */s/ Joseph Carlo Hoeffel*
Joseph Carlo Hoeffel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> Blaec C. Croft, Esq.
> McGuire Woods
> 260 Forbes Avenue, Suite 1800
> Pittsburgh PA 15222
> bcroft@mcguirewoods.com
> Attorney for Defendant

Dated: April 25, 2019         By: */s/ Joseph Carlo Hoeffel*
                                                  Joseph Carlo Hoeffel, Esquire
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Fax: (877) 788-2864
                                                  Email: jhoeffel@creditlaw.com