# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| STEPHANIE THOMAS, | § |
| Plaintiff, | § Civil Action No. 3:18-cv-02013-JJH |
| v. | § |
| SANTANDER CONSUMER, USA, INC., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Blaec C. Croft | */s/* Amy L. Bennecoff Ginsburg |
| Blaec C. Croft, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| McGuire Woods | Kimmel & Silverman, P.C. |
| 260 Forbes Avenue, Suite 1800 | 30 East Butler Pike |
| Pittsburgh PA 15222 | Ambler, PA 19002 |
| Phone: 412-667-6057 | Phone: 215-540-8888 |
| Fax: 412-402-4187 | Fax: 877-788-2864 |
| Email: bcroft@mcguirewoods.com | Email: teamkimmel@creditlaw.com |
| Attorney for Defendant | Attorney for Plaintiff |
| Date: May 22, 2019 | Date: May 22, 2019 |

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Blaec C. Croft, Esq.
McGuire Woods
260 Forbes Avenue, Suite 1800
Pittsburgh PA 15222
Phone: 412-667-6057
Fax: 412-402-4187
Email: bcroft@mcguirewoods.com
Attorney for Defendant


Dated: May 22, 2019                    By: /s/ Amy L. Bennecoff Ginsburg
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Avenue
                                           Ambler, PA 19002
                                           Tel: 215-540-8888
                                           Fax: 215-540-8817
                                           Email: teamkimmel@creditlaw.com
                                           Attorney for Plaintiff